UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROLYN COMPANIES, INC.,

    Plaintiff,

v.                                         Case No. 6:13-cv-358-Orl-28TBS

SOUTHERN PLATE GLASS, INC., H & B
GLASS CONTRACTING, INC., OLDCASTLE
BUILDING ENVELOPE, INC.,

    Defendants.

## ORDER

Defendant Southern Plate Glass, Inc., filed a motion to compel better answers to interrogatories from Plaintiff Rolyn companies, Inc. on May 22, 2014. (Doc. 85). Plaintiff filed its notice of compliance/response to the motion on June 5, 2014. (Doc. 86).

On June 9, 2014, Defendant Southern Plate Glass filed a response ("Response") to Plaintiff's notice of compliance/response (Doc. 89), and Plaintiff filed its motion to strike the Response ("Motion") (Doc. 91).

Middle District of Florida Local Rule 3.01(a) and (b) provide for the filing of motions and responses. The Rule states that "[n]o party shall file any reply or further memorandum directed to the motion or response allowed in (a) and (b) unless the Court grants leave." M.D. Fla. Rule 3.01c).

The Court construes the Response (Doc. 89) as an unauthorized reply which is STRICKEN. The Response having been stricken, the Motion (Doc. 91) is DENIED as

moot.

DONE AND ORDERED in Orlando, Florida, on June 16, 2014.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel